WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile: (415) 274-8770

**COURT'S COPY**

FILED
JUN 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JUSTINIANO GONZALEZ-OTERO,<br><br>   Defendant | CASE NO. 3-05-70205 JCS<br><br>[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS |

GOOD CAUSE EXISTING, AND FINDING THE SAME, IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to indicate that Defendant JUSTINIANO GONZALEZ-OTERO'S residence, shall be changed from his sister-in-law, Norma Iris Villafana's residence at 1809 Gum Street, San Mateo, CA, to his son, Javier Gonzalez' residence at 1017 5th Avenue, San Mateo, CA, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: 6-17-05

_____
MARIA-ELENA JAMES
Magistrate/Judge United States District Court

[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS          Page 1