1  WILLIAM WEINER, ESQ. (S.B. #48845)
   LAW OFFICES OF WILLIAM WEINER
2  22 Battery Street, Suite 1000
   San Francisco, CA 94111
3  Telephone: (415) 543-5805
   Facsimile:  (415) 274-8770
4
   Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 3-05-70205 JCS |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS |
| vs. | ) | |
| JUSTINIANO GONZALEZ-OTERO, | ) | |
| Defendant | ) | |

GOOD CAUSE EXISTING, AND FINDING THE SAME, and the with the approval of the Pre-Trial Service Department and the Assistant United States Attorney, IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to indicate that Defendant JUSTINIANO GONZALEZ-OTERO'S custodian, shall be changed from his sister-in-law, Norma Iris Villafana, to his son, Javier Gonzalez, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: 7/12/05

_____
NANDOR J. VADAS
Magistrate/Judge United States District Court

[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS          Page 1