WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile:  (415) 274-8770

Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

FILED
SEP 2 0 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTINIANO GONZALEZ-OTERO,<br><br>    Defendant | CASE NO. 3-05-70205 JCS<br><br>[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS |

GOOD CAUSE EXISTING, AND FINDING THE SAME, and the with the approval of the Assistant United States Attorney,

IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to permit the Defendant JUSTINIANO GONZALEZ-OTERO to travel to Puerto Rico on or after September 22, 2005 and remain in Puerto Rico until his return to San Francisco no later than September 30, 2005, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: September 20, 2005

JOSEPH C. SPERO
Magistrate/Judge United States District Court

[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS                Page 1